# Court of Appeals
# of the State of Georgia

ATLANTA,_____May 20, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1052.  CHRISTIAN A. FRIESE v. THE STATE.**

On March 11, 2016, this Court ordered Appellant to file an enumeration of errors and brief in this case no later than March 21, 2016. As of this date, Appellant has failed to comply with the Court's order and no extension has been sought or granted in this case. Accordingly, this case is hereby DISMISSED for Appellant's failure to file a brief and enumeration of errors in support of his appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____05/20/2016____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*